

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2022

No. 04-21-00251-CV

Herbert Lawrence **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS**, Margaret Comparin Karambis, Ronaldo Dunagan, Lynda C. Spence, and
eXp Realty LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We ORDER all costs of this appeal assessed against appellant, Herbert Lawrence Polinard, Jr.

It is so **ORDERED** on April 27, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2022.

_____
Michael A. Cruz, Clerk of Court